# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ALEXIS D. SULLIVAN,** § § § | |
| Petitioner, § § | |
| v. § | Case No. 7:23-cv-00277-LCB-JHE |
| § § | |
| **WARDEN KIMBERLY NEELY,** § § | |
| Respondent. § § | |

## ORDER OF DISMISSAL

Alexis Sullivan filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 7, 2023. On April 18, 2023, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Sullivan's failure to prosecute her claims. (Doc. 5; *see also* Doc. 4 at 1.) Although the magistrate judge advised Sullivan of her right to file objections within 14 days, no such objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Sullivan's failure to prosecute her claims, and the clerk of court is directed to close this case.

**DONE** and **ORDERED** May 10, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE